JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL TREJO, | ) | Case No. 5:19-cv-01852-DSF (JDE) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| RALPH DIAZ, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the operative Petition is denied and this action is dismissed with prejudice.

DATED:  July 16, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE